IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BENJAMIN L. CUTLER, III,

    Plaintiff,

v.   Case No.   4:15cv467-MW/GRJ

LEON COUNTY JAIL,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** with prejudice for Plaintiff's failure to prosecute and failure to comply with an order of the Court." The Clerk shall close the file.

SO ORDERED on December 2, 2015.

                                              s/Mark E. Walker_____
                                              **United States District Judge**